DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PAUL LELAND JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAUL LELAND JOHNSON, <br><br> Defendant. | **2:15-CR-0003 KJM** <br><br> **STIPULATION TO PERMIT OUT OF DISTRICT TRAVEL AND ORDER** |

Plaintiff United States of America, by and through its counsel of record, and defendant Paul Leland Johnson, by and through his counsel of record, with the approval of Pretrial Services, hereby stipulate that permission be granted to permit Mr. Johnson to travel on January 10, 2016 to San Luis Obispo, California in the Central District of California for a work related conference to return on January 13, 2016.

IT IS SO STIPULATED.

Dated:  December 30, 2015           BENJAMIN B. WAGNER
                                    United Sates Attorney

                                    /s/ MICHAEL D. ANDERSON
                                    MICHAEL D. ANDERSON
                                    Assistant United States Attorney

STIPULATION TO PERMIT OUT OF DISTRICT
TRAVEL AND [PROPOSED] ORDER

1

Dated:  December 30, 2015      /s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Attorney for Defendant
PAUL LELAND JOHNSON

**ORDER**

IT IS SO ORDERED

Dated:  December 30, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO PERMIT OUT OF DISTRICT
TRAVEL AND [PROPOSED] ORDER

2