DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PAUL LELAND JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>              v.<br><br>PAUL LELAND JOHNSON,<br><br>                          Defendant. | **2:15-CR-0003 GEB**<br><br>**STIPULATION TO PERMIT OUT OF DISTRICT TRAVEL AND ORDER** |

   Plaintiff United States of America, by and through its counsel of record, and defendant Paul Leland Johnson, by and through his counsel of record, with the approval of Pretrial Services, hereby stipulate that permission be granted to permit Mr. Johnson to travel on January 31, 2016 to Westlake, Texas, which is located in the Northern District of Texas for a work related conference to return on February 5, 2016.

   IT IS SO STIPULATED.

Dated:  January 21, 2016                   BENJAMIN B. WAGNER
                                           United Sates Attorney

                                           /s/ MICHAEL D. ANDERSON
                                           MICHAEL D. ANDERSON
                                           Assistant United States Attorney

STIPULATION TO PERMIT OUT OF DISTRICT
TRAVEL AND [PROPOSED] ORDER

1

Dated:  January 21, 2016                             /s/ DAVID W. DRATMAN
                                                       DAVID W. DRATMAN
                                                       Attorney for Defendant
                                                       PAUL LELAND JOHNSON

**ORDER**

      IT IS SO ORDERED.

Dated:  January 25, 2016

                                                       _/s/ Kendall J. Newman_
                                                       KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE