DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PAUL LELAND JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-0003 GEB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT. |
| PAUL LELAND JOHNSON, | |
| Defendant. | |

The parties request that the status conference, currently set for February 19, 2016 at 9:00 a.m., be continued to March 11, 2016 at 9:00 a.m., and stipulate that the time beginning February 19, 2016 and extending through March 11, 2016, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defense counsel is continuing to review over 1,100 pages of document discovery, numerous recorded interviews, videos, photographs and iPhone reports that have been provided in the case and requires additional time to review this discovery. In addition, defense counsel's investigator has continued to have limited availability and additional time is needed for defense investigation. Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy

Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of counsel. (18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A)).

                                           DAVID W. DRATMAN

Dated: February 18, 2016        By:  /s/ David W. Dratman
                                                DAVID W. DRATMAN
                                                Attorney for Defendant
                                                PAUL LELAND JOHNSON

Dated:  February 18, 2016       BENJAMIN B. WAGNER
                                           UNITED STATES ATTORNEY

                                           By: /s/ Michael D. Anderson*
                                              MICHAEL D. ANDERSON
                                              Assistant U.S. Attorney
                                              *Signed with permission

## **ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from February 19, 2016 to and including March 11, 2016 shall be excluded from computation of time within which the

trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv)).

IT IS SO ORDERED.

Dated:  February 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge