DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PAUL LELAND JOHNSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-0003 GEB |
| Plaintiff, | **STIPULATION TO PERMIT OUT OF DISTRICT TRAVEL AND [PROPOSED] ORDER** |
| v. | |
| PAUL LELAND JOHNSON, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant Paul Leland Johnson, by and through his counsel of record, with the approval of Pretrial Services, hereby stipulate that permission be granted to permit Mr. Johnson to travel on August 23, 2016 to New Orleans, Louisiana for a work related conference to return on August 27, 2016.

IT IS SO STIPULATED.

Dated:  August 4, 2016                           PHILLIP A. TALBERT
                                                 United Sates Attorney

                                                 */s/ MICHAEL D. ANDERSON
                                                 MICHAEL D. ANDERSON
                                                 Assistant United States Attorney
                                                 *Signed with permission

Dated:  August 4, 2016                         _ /s/ DAVID W. DRATMAN_____
                                                 DAVID W. DRATMAN
                                                 Attorney for Defendant
                                                 PAUL LELAND JOHNSON

**STIPULATION TO PERMIT OUT OF DISTRICT
TRAVEL AND [PROPOSED] ORDER**

1

**[~~PROPOSED~~] ORDER**

    IT IS SO ORDERED

DATED: August 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE