DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
PAUL LELAND JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-0003 GEB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL CONFIRMATION HEARING. |
| PAUL LELAND JOHNSON, | |
| Defendant. | |

The parties stipulate that the trial confirmation hearing, currently set for February 10, 2017 at 9:00 a.m., be continued to March 3, 2017 at 9:00 a.m.; and, further stipulate that time shall continue to be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4, until March 28, 2017 as previously ordered by this Court.

Dated: February 8, 2017            DAVID W. DRATMAN

                                   By: /s/ David W. Dratman
                                   DAVID W. DRATMAN
                                   Attorney for Defendant
                                   PAUL LELAND JOHNSON

Dated:  February 8, 2017             PHILLIP A. TALBERT
                                     UNITED STATES ATTORNEY

                                     By: /s/ Audrey B. Hemesath*____
                                         AUDREY B. HEMESATH
                                         MICHAEL D. ANDERSON
                                         Assistant U.S. Attorneys
                                          *Signed with permission

## ORDER

  IT IS SO ORDERED.

Dated:  February 8, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge