UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00003-GEB-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER REQUESTING A SEPARATE AND/OR JOINT RESPONSE TO THE HARDSHIP REQUEST CONCERNING JUROR NO. 12** |
| PAUL LELAND JOHNSON, | |
| Defendant. | |

Today, the attached email dated May 6, 2017 was received, from which the undersigned judge has redacted the following information: the sender's name, telephone number and email address, and Juror No. 12's name. The email is from the spouse of Juror No. 12 and contains the request that Juror No. 12 be excused from further jury service because of financial hardship that jury service has and will continue causing Juror No. 12 and his family to experience.

Each party is requested to file a separate and/or joint response to the hardship request as soon as practicable. The parties should confer about this matter for the purpose of determining whether a joint filing is feasible.

Dated: May 8, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1