| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | MICHAEL D. ANDERSON |
| | AUDREY B. HEMESATH |
| 3 | Assistant United States Attorneys |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA  95814 |
| | Telephone: (916) 554-2700 |
| 5 | Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0003 GEB |
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO DISMISS COUNTS |
| v. | |
| PAUL LELAND JOHNSON, | |
| Defendant. | |

The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss, without prejudice, Counts 1 and 2 in the above captioned indictment against defendant PAUL LELAND JOHNSON.

Dated: July 19, 2017

BENJAMIN B. WAGNER
United States Attorney

 /s/ Michael D. Anderson
MICHAEL D. ANDERSON
AUDREY B. HEMESATH
Assistant United States Attorneys

Motion and [Proposed] Order to Dismiss Counts 1 and 2

1

**ORDER**

**IT IS HEREBY ORDERED** that Counts 1 and 2 in the above captioned case be dismissed against defendant PAUL LELAND JOHNSON without prejudice in the interest of justice.

Dated: August 10, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge