UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-CR-00003-KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| PAUL JOHNSON, | |
| Defendant. | |

On Sunday, April 12, defendant Paul Johnson brought an emergency motion seeking compassionate release and a reduction of his sentence to time served under 18 U.S.C. § 3582(c)(1)(A)(i), in part to avoid the risk associated with being transferred to a new facility. Mot., ECF No. 143. Defendant made the motion in light of the increased risks to his health he says the coronavirus pandemic ("COVID-19") poses to him as someone who is in custody, with his particular health issues, especially in light of the Bureau of Prison's (BOP) decision to transfer defendant from his current place of incarceration by bus alongside many other inmates sitting in close proximity. Mot. at 7.

At the time he filed his motion, defendant was serving his sentence at Taft Correctional Institution ("FCI Taft"), a privately-run prison, which is scheduled to close at the

/////

1

end of April 2020. Mot. at 8 (citing Ex. 1, ECF No. 143-1 (Letter to Director of Federal Bureau of Prisons [BOP] from Congressman Kevin McCarthy and Senator Dianne Feinstein[1]); Ex. 5, ECF No. 143-5 (Memorandum from Taft Correctional Institution to Camp Inmate Population)). According to both defendant and the government, FCI Taft currently is in the process of transferring hundreds of inmates to other BOP facilities. *See* Mot. at 8; Opp'n at 3.

On April 13, a day after filing his motion for compassionate release, defendant filed a related motion for a temporary restraining order barring FCI Taft from transferring defendant to another institution before the court could rule on his motion to reduce sentence. Mot. for TRO, ECF No. 146. The court held a telephonic status on the matter late afternoon that same day, April 13, 2020, to assess the timing of defendant's impending transfer and hear brief argument on the motions. Following the status, the court provided the government several hours to file an opposition to both of defendant's motions, which it did. Opp'n, ECF No. 148.

The government confirmed in its opposition that defendant was scheduled to be transferred to FCI Mendota today, April 14, 2020, Opp'n at 3 n.1. This morning, the BOP notified the courtroom deputy by email that defendant had left FCI Taft at or about 5:30 a.m. this morning.

In light of defendant's transfer, the motion for a temporary restraining order to prevent the transfer is now moot. To the extent the motion for compassionate release sought release prior to transfer, it is also moot. Defendant SHALL notify the court promptly, and within seven days, whether he intends to maintain his current motion for compassionate release as filed,

/////

/////

---

[1] The Senator and the House Minority Leader's letter expresses their "strongest opposition" to BOP decisions with respect to FCI Taft, including "the continued transfer of hundreds of inmates from this institution to other BOP facilities around the nation," which "unnecessarily risk[s] exacerbating the potential spread of this virus to inmates and staff throughout the federal prison system." Ex. 1 at 1. They request a response to questions posed in the letter by this coming Friday, April 17, 2020. *Id.*

2

or withdraw the motion and pursue any available administrative remedies at his new institution prior to any refiling.

This order resolves ECF No. 146.

IT IS SO ORDERED.

DATED: April 14, 2020.

CHIEF UNITED STATES DISTRICT JUDGE